UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVANTGARDE SENIOR LIVING D/B/A AVANTGARDE SENIOR LIVING OF TARZANA, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOFUND LLC D/B/A PENN CAPITAL FUNDING, et al., <br><br> Defendants. | Case No. 1:22-cv-04313 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On August 26, 2022, the Court entered the operative Civil Case Management Plan and Scheduling Order in this action. ECF No. 39. Pursuant to that Order, fact discovery is scheduled to end on February 3, 2023. *Id.* at 2. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a post-discovery, pretrial conference on **February 28, 2023** at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United State Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall review the Court's Individual Rules, and specifically Rule 3.I, prior to that conference.

Additionally, the Court notes that Defendants' deadline to respond to the Amended Complaint has passed, with no filing. The parties are reminded that they must comply with all deadlines.

Dated: November 15, 2022
      New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge